

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ARIS WATER SOLUTIONS, INC., SOLARIS WATER MIDSTREAM, LLC, SOLARIS MIDSTREAM DB-TX, LLC, DEVON ENERGY CORPORATION, DEVON ENERGY PRODUCTION COMPANY, L.P., and STATELINE WATER, LLC, | § § § § § § | No. 08-25-00031-CV Appeal from the 143rd District Court of Loving County, Texas (TC# 23-05-1085) |
| Appellants, v. | § | |
| STATELINE OPERATING, LLC, and STATELINE ROYALTIES, LP, | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and denies the petition for permissive interlocutory appeal for the reasons articulated in opinion. We order that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 25th day of April 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.